Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Scott T. Lang** : | Case No. 13−24043−GLT |
| **Danielle M. Lang** : | Chapter: 13 |
| **aka Danielle Kovac** : | |
| *Debtor(s)* : | |
| : | |
| Seterus Inc. : | Related to Claim No. 17 |
| *Movant,* : | |
| : | |
| v. : | |
| Scott T. Lang, : | |
| Danielle M. Lang and : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

    **AND NOW**, this **18th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Seterus Inc.* at Claim No. 17 in the above−captioned bankruptcy case,

    It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Scott T. Lang
Danielle M. Lang
    Debtors

Case No. 13-24043-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: bsil　　　　Page 1 of 2　　　　Date Rcvd: Apr 18, 2017
　　　　　　　　　　　　　Form ID: 237　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb　　　　+Scott T. Lang,　　Danielle M. Lang,　　1021 Greggerson Road,　　Irwin, PA 15642-7809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Secretary of Housing and Urban Development of
         Washington, D.C. agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    GCAT Depositor I, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
         CREEK TITLE TRUST 2013-NPL1 agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
         CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
        James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        Jeniece D. Davis    on behalf of Creditor    Seterus Inc. as Authorized Subservicer for Federal
         National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. jeniece@mvrlaw.com,
         bonnie@mvrlaw.com
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
        Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
         as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
         CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
        Kenneth M. Steinberg    on behalf of Plaintiff Danielle M. Lang julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         ;clivingston@steidl-steinberg.com
        Kenneth M. Steinberg    on behalf of Plaintiff Scott T. Lang julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         ;clivingston@steidl-steinberg.com
        Kenneth M. Steinberg    on behalf of Joint Debtor Danielle M. Lang
         julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         ;clivingston@steidl-steinberg.com
        Kenneth M. Steinberg    on behalf of Debtor Scott T. Lang julie.steidl@steidl-steinberg.com,
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         ;clivingston@steidl-steinberg.com
        Martha E. Von Rosenstiel    on behalf of Creditor    Federal National Mortgage Association
         Marty@mvrlaw.com,   diane@mvrlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com

```
District/off: 0315-2            User: bsil                 Page 2 of 2                   Date Rcvd: Apr 18, 2017
                                Form ID: 237               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                          TOTAL: 17