Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Scott T. Lang**
**Danielle M. Lang**
**aka Danielle Kovac**
  Debtor(s)

Bankruptcy Case No.: 13−24043−GLT
Related to Docket No. 117
Chapter: 13
Docket No.: 118 − 117
Concil. Conf.: April 5, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 12, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 26, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 5, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 28, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott T. Lang  
Danielle M. Lang  
    Debtors

Case No. 13-24043-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3      Date Rcvd: Dec 28, 2017  
                      Form ID: 213      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.

```
db/jdb         +Scott T. Lang,   Danielle M. Lang,   1021 Greggerson Road,   Irwin, PA 15642-7809
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
cr             +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,   Plainview, NY 11803-4224
cr             +Seterus Inc. as Authorized Subservicer for Federal,   Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue,   Secane, PA 19018-3541
13719476        Ally,   Payment Processing Center,   PO Box 900191,   Louisville, KY 40290
13719479       +Bank of America,   PO Box 15222,   Wilmington, DE 19886-5222
13719478       +Bank of America,   PO Box 62182,   Baltimore, MD 21264-2182
13719480       +Bank of America,   c/o Phelan Hallinan LLP,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA 19103-1823
13719490      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,   PO Box 182676,   Columbus, OH 43218)
13719481       +Capital One,   PO Box 4144,   Carol Stream, IL 60197-4144
13719482       +Capital One Bank USA NA,   PO Box 71083,   Charlotte, NC 28272-1083
13719484       +Capital One Retail Services,   PO Box 71106,   Charlotte, NC 28272-1106
13746830        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13719485       +Children's Hospital of UPMC,   PO Box 382059,   Pittsburgh, PA 15250-0001
13719487       +Family Services,   c/o Colonial Acceptance Co.,   312 Fallowfield Avenue,
                 Charleroi, PA 15022-1405
13719488       +GC Services Limited Partnership,   P.O. Box 5220,   San Antonio, TX 78201-0220
14089590       +GCAT Depositor I, LLC,   18 Technology Drive, Suite 210,   Irvine, California 92618-2314
13719489        HFC/Springleaf Consumer Loan,   PO Box 4153-K,   Carol Stream, IL 60197
13719494        Magee Women's Hospital,   P.O. Box 382059,   Pittsburgh, PA 15250-8059
13764541       +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
13719502       +Reward Zone Mastercard,   PO Box 71104,   Charlotte, NC 28272-1104
13788270        Seterus,Inc. as the authorized subservicer for Fed,   P.O. Box 2008,
                 Grand Rapids, MI 49501-2008
13719503        Target Card Services,   PO Box 660170,   Dallas, TX 75266-0170
13719504        The Childen's Place,   PO Box 183015,   Columbus, OH 43218-3015
14089546       +The Secretary of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
13719505       +UPMC East,   PO Box 382059,   Pittsburgh, PA 15250-0001
13719506       +UPMC Physician Services,   c/o State Collection Service,   2509 S Stroughton Road,
                 Madison, WI 53716-3314
13719507       +UPMC Physicians Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 00:58:15
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2017 00:52:25
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 29 2017 00:52:21    Sterling Jewelers, Inc.,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
13762557       +E-mail/Text: bncmail@w-legal.com Dec 29 2017 00:45:44    ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13719477       +E-mail/Text: ally@ebn.phinsolutions.com Dec 29 2017 00:44:58    Ally,
                 Payment Processing Center,   PO Box 9001951,   Louisville, KY 40290-1951
13742899        E-mail/Text: ally@ebn.phinsolutions.com Dec 29 2017 00:44:58
                 Ally Bank serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13741690        E-mail/Text: ally@ebn.phinsolutions.com Dec 29 2017 00:44:58
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13719486       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 29 2017 00:45:55
                 Credit Management Company,   PO Box 16346,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13766791       +E-mail/Text: kburkley@bernsteinlaw.com Dec 29 2017 00:46:05    Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13719491        E-mail/Text: BKRMailOPS@weltman.com Dec 29 2017 00:45:13    Jared: The Galleria of Jewelry,
                 P. O. Box 740425,   Cincinnati, OH 45274-0425
13719492       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 29 2017 00:45:04    Kohl's,   P. O. Box 2983,
                 Milwaukee, WI 53201-2983
13774193        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2017 00:52:12
                 LVNV Funding, LLC its successors and assigns as,   assignee of SpringCastle Credit Funding,
                 Trust,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13788639        E-mail/Text: camanagement@mtb.com Dec 29 2017 00:45:13    Lakeview Loan Servicing, LLC,
                 c/o M&T Mortgage Corporation,   One Fountain Plaza,   7th Floor - Payment Processing,
                 Buffalo, NY 14203-1495
13719493       +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2017 00:51:52    Levin Furniture,
                 c/o GE Capital Retail Bank,   PO Box 960061,   Orlando, FL 32896-0061
```

```
District/off: 0315-2         User: jhel              Page 2 of 3          Date Rcvd: Dec 28, 2017
                             Form ID: 213            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13719495         +E-mail/Text: bankruptcydepartment@tsico.com Dec 29 2017 00:46:04
                  Magee Women's Hospital of UPMC,    c/o NCO Financial Systems,    PO Box 15273,
                  Wilmington, DE 19850-5273
14657441          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 01:11:22
                  Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13781204          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 01:11:22
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13719501         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2017 01:11:27
                  Portfolio Recovery Assocaites,    PO Box 12914,    Norfolk, VA 23541-0914
13726722          E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2017 00:52:25
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13734909         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 29 2017 00:52:13
                  Sterling Jewelers c/o American InfoSource,    Department 223 PO BOX 4457,
                  Houston, TX 77210-4457
13749986         +E-mail/Text: bncmail@w-legal.com Dec 29 2017 00:45:44     TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14046539         +E-mail/Text: Bankruptcy@wsfsbank.com Dec 29 2017 00:46:17
                  Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                  Wilmington DE 19801-7405
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GCAT Depositor I, LLC
cr              Lakeview Loan Servicing, LLC
cr              Secretary of Housing and Urban Development of Wash
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13719500        Peoples
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13719483*      +Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
13719497*      +Penn Hills,   c/o Maiello, Brungo & Maiello,    One Churchill Park,    3301 McGrady Road,
                 Pittsburgh, PA 15235-5137
13719499*      +Penn Hills School Distirct,    c/o Maiello, Brungo & Maiello,    One Churchill Road,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13719496      ##+Penn Hills,   c/o Maiello, Brungo & Maiello,    One Churchill Park,    3301 McGrady Road,
                 Pittsburgh, PA 15235-5137
13719498      ##+Penn Hills School Distirct,    c/o Maiello, Brungo & Maiello,    One Churchill Road,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13731068      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 5, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2          User: jhel                Page 3 of 3                  Date Rcvd: Dec 28, 2017
                              Form ID: 213              Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
          CREEK TITLE TRUST 2013-NPL1 agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Secretary of Housing and Urban Development of
          Washington, D.C. agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    GCAT Depositor I, LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
          CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          Jeniece D. Davis    on behalf of Creditor    Seterus Inc. as Authorized Subservicer for Federal
          National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. jeniece@mvrlaw.com,
          bonnie@mvrlaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
          as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
          CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Scott T. Lang julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg     on behalf of Plaintiff Danielle M. Lang julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Plaintiff Scott T. Lang julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Danielle M. Lang
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
          ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Martha E. Von Rosenstiel    on behalf of Creditor    Federal National Mortgage Association
          Marty@mvrlaw.com,    diane@mvrlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                 TOTAL: 17