Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott T. Lang** | : | Case No. 13−24043−GLT |
| **Danielle M. Lang** | : | Chapter: 13 |
| **aka Danielle Kovac** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 117 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 23rd of March, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-24043-GLT
Scott T. Lang                                                                   Chapter 13
Danielle M. Lang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                 Page 1 of 3              Date Rcvd: Mar 23, 2018
                              Form ID: 309               Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db/jdb         +Scott T. Lang,    Danielle M. Lang,   1021 Greggerson Road,    Irwin, PA 15642-7809
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,   Plainview, NY 11803-4224
cr             +Seterus Inc. as Authorized Subservicer for Federal,    Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue,   Secane, PA 19018-3541
13719476        Ally,   Payment Processing Center,   PO Box 900191,    Louisville, KY 40290
13719478       +Bank of America,   PO Box 62182,   Baltimore, MD 21264-2182
13719480       +Bank of America,   c/o Phelan Hallinan LLP,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA 19103-1823
13719490       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:   Home Depot,    PO Box 182676,    Columbus, OH 43218)
13719484       +Capital One Retail Services,   PO Box 71106,    Charlotte, NC 28272-1106
13719485       +Children's Hospital of UPMC,   PO Box 382059,    Pittsburgh, PA 15250-0001
13719487       +Family Services,   c/o Colonial Acceptance Co.,    312 Fallowfield Avenue,
                 Charleroi, PA 15022-1405
13719488       +GC Services Limited Partnership,   P.O. Box 5220,    San Antonio, TX 78201-0220
14089590       +GCAT Depositor I, LLC,   18 Technology Drive, Suite 210,    Irvine, California 92618-2314
13719489        HFC/Springleaf Consumer Loan,   PO Box 4153-K,    Carol Stream, IL 60197
13719494        Magee Women's Hospital,   P.O. Box 382059,   Pittsburgh, PA 15250-8059
13764541       +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13719502       +Reward Zone Mastercard,   PO Box 71104,   Charlotte, NC 28272-1104
13788270        Seterus,Inc. as the authorized subservicer for Fed,    P.O. Box 2008,
                 Grand Rapids, MI 49501-2008
13719504        The Childen's Place,   PO Box 183015,   Columbus, OH 43218-3015
14089546       +The Secretary of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13719505       +UPMC East,   PO Box 382059,   Pittsburgh, PA 15250-0001
13719506       +UPMC Physician Services,   c/o State Collection Service,    2509 S Stroughton Road,
                 Madison, WI 53716-3314
13719507       +UPMC Physicians Services,   PO Box 371980,   Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Mar 24 2018 05:28:00      PRA Receivables Management LLC,   POB 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Mar 24 2018 05:28:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
cr             +EDI: AISACG.COM Mar 24 2018 05:28:00      Sterling Jewelers, Inc.,   c/o Ascension Capital Group,
                 P.O. Box 201347,   Arlington, TX 76006-1347
13762557       +E-mail/Text: bncmail@w-legal.com Mar 24 2018 01:28:22      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13719477       +EDI: GMACFS.COM Mar 24 2018 05:28:00      Ally,   Payment Processing Center,   PO Box 9001951,
                 Louisville, KY 40290-1951
13742899        EDI: GMACFS.COM Mar 24 2018 05:28:00      Ally Bank serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
13741690        EDI: GMACFS.COM Mar 24 2018 05:28:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
13719479       +EDI: BANKAMER.COM Mar 24 2018 05:28:00      Bank of America,   PO Box 15222,
                 Wilmington, DE 19886-5222
13719481       +EDI: CAPITALONE.COM Mar 24 2018 05:28:00      Capital One,   PO Box 4144,
                 Carol Stream, IL 60197-4144
13719482       +EDI: CAPITALONE.COM Mar 24 2018 05:28:00      Capital One Bank USA NA,   PO Box 71083,
                 Charlotte, NC 28272-1083
13746830        EDI: BL-BECKET.COM Mar 24 2018 05:28:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13719486       +E-mail/Text: abovay@creditmanagementcompany.com Mar 24 2018 01:28:29
                 Credit Management Company,   PO Box 16346,   2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13766791       +E-mail/Text: kburkley@bernsteinlaw.com Mar 24 2018 01:28:39      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13719491        E-mail/Text: BKRMailOPS@weltman.com Mar 24 2018 01:27:58      Jared: The Galleria of Jewelry,
                 P. O. Box 740425,   Cincinnati, OH 45274-0425
13719492       +EDI: CBSKOHLS.COM Mar 24 2018 05:28:00      Kohl's,   P. O. Box 2983,    Milwaukee, WI 53201-2983
13774193        EDI: RESURGENT.COM Mar 24 2018 05:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of SpringCastle Credit Funding,   Trust,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13788639        E-mail/Text: camanagement@mtb.com Mar 24 2018 01:27:57      Lakeview Loan Servicing, LLC,
                 c/o M&T Mortgage Corporation,   One Fountain Plaza,    7th Floor - Payment Processing,
                 Buffalo, NY 14203-1495
13719493       +EDI: RMSC.COM Mar 24 2018 05:28:00      Levin Furniture,   c/o GE Capital Retail Bank,
                 PO Box 960061,   Orlando, FL 32896-0061
```

```
District/off: 0315-2           User: dbas                  Page 2 of 3                   Date Rcvd: Mar 23, 2018
                               Form ID: 309                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13719495        +E-mail/Text: bankruptcydepartment@tsico.com Mar 24 2018 01:28:37
                 Magee Women's Hospital of UPMC,    c/o NCO Financial Systems,    PO Box 15273,
                 Wilmington, DE 19850-5273
14657441         EDI: PRA.COM Mar 24 2018 05:28:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
13781204         EDI: PRA.COM Mar 24 2018 05:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13719501        +EDI: PRA.COM Mar 24 2018 05:28:00      Portfolio Recovery Assocaites,    PO Box 12914,
                 Norfolk, VA 23541-0914
13726722         EDI: RECOVERYCORP.COM Mar 24 2018 05:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13734909        +EDI: AIS.COM Mar 24 2018 05:28:00      Sterling Jewelers c/o American InfoSource,
                 Department 223 PO BOX 4457,    Houston, TX 77210-4457
13749986        +E-mail/Text: bncmail@w-legal.com Mar 24 2018 01:28:22      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13719503         EDI: WTRRNBANK.COM Mar 24 2018 05:28:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
14046539        +E-mail/Text: Bankruptcy@wsfsbank.com Mar 24 2018 01:28:44
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                 Wilmington DE 19801-7405
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GCAT Depositor I, LLC
cr              Lakeview Loan Servicing, LLC
cr              Secretary of Housing and Urban Development of Wash
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13719500        Peoples
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13719483*      +Capital One Bank USA NA,   PO Box 71083,    Charlotte, NC 28272-1083
13719497*      +Penn Hills,   c/o Maiello, Brungo & Maiello,    One Churchill Park,    3301 McGrady Road,
                 Pittsburgh, PA 15235-5137
13719499*      +Penn Hills School Distirct,    c/o Maiello, Brungo & Maiello,   One Churchill Road,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
13719496      ##+Penn Hills,   c/o Maiello, Brungo & Maiello,    One Churchill Park,    3301 McGrady Road,
                 Pittsburgh, PA 15235-5137
13719498      ##+Penn Hills School Distirct,    c/o Maiello, Brungo & Maiello,   One Churchill Road,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
13731068      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                    TOTALS: 5, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                          Signature:   /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2           User: dbas                  Page 3 of 3                   Date Rcvd: Mar 23, 2018
                               Form ID: 309                Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
           CREEK TITLE TRUST 2013-NPL1 agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   Secretary of Housing and Urban Development of
           Washington, D.C. agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    GCAT Depositor I, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
           CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Jeniece D. Davis    on behalf of Creditor    Seterus Inc. as Authorized Subservicer for Federal
           National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
           CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Scott T. Lang julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg     on behalf of Plaintiff Danielle M. Lang julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg     on behalf of Plaintiff Scott T. Lang julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Danielle M. Lang
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Martha E. Von Rosenstiel    on behalf of Creditor    Federal National Mortgage Association
           Marty@mvrlaw.com,   diane@mvrlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 17