**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SCOTT T. LANG
DANIELLE M. LANG
　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:13-24043 GLT

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/25/2013  and confirmed on 11/20/2013 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,600.63 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 177,600.63 |

| | | |
|---|---:|---:|
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,300.00 | |
| Trustee Fee | 6,922.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,222.11 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9347 | | | | |
| SETERUS INC* | 0.00 | 102,470.89 | 0.00 | 102,470.89 |
| Acct: 7031 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX6,10 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4:11 | | | | |
| STERLING JEWELERS INC | 2,947.31 | 2,947.31 | 0.00 | 2,947.31 |
| Acct: 9977 | | | | |
| PENN HILLS SEWAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXRIOR | | | | |
| ALLY BANK SERVICED BY ALLY SERVICIN | 23,661.23 | 23,661.23 | 1,819.36 | 25,480.59 |
| Acct: 1354 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 0.00 | 30,614.75 | 0.00 | 30,614.75 |
| Acct: 2997 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 613.73 | 613.73 | 0.00 | 613.73 |
| Acct: 2997 | | | | |

13-24043 GLT **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 162,127.27 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCOTT T. LANG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD & PENN HILLS MUNIC (EIT) | 5,251.25 | 5,251.25 | 0.00 | 5,251.25 |
| Acct: XXXXX6,10 | | | | |
| | | | | 5,251.25 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 1,921.48 | 0.00 | 0.00 | 0.00 |
| Acct: 5003 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 3,784.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1422 | | | | |
| ADAMCZYK LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6020 | | | | |
| ALTAIR OH XIII LLC | 875.59 | 0.00 | 0.00 | 0.00 |
| Acct: 7183 | | | | |
| ALTAIR OH XIII LLC | 614.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5799 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8759 | | | | |
| CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3199 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9358 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8833 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 796.49 | 0.00 | 0.00 | 0.00 |
| Acct: 4650 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,332.13 | 0.00 | 0.00 | 0.00 |
| Acct: 5952 | | | | |
| ALTAIR OH XIII LLC | 4,653.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0630 | | | | |
| CAPITAL ONE NA** | 2,579.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2259 | | | | |
| MAGEE WOMENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3056 | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3005 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2:06 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 475M | | | | |
| REWARD ZONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4029 | | | | |
| TD BANK USA NA** | 445.51 | 0.00 | 0.00 | 0.00 |
| Acct: 6790 | | | | |
| ALTAIR OH XIII LLC | 271.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1160 | | | | |

| 13-24043 GLT | | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2888 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ALTAIR OH XIII LLC | 890.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 3774 | | | | |
| | AIS PORTFOLIO SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                           167,378.52

TOTAL CLAIMED
PRIORITY                5,251.25
SECURED              27,222.27
UNSECURED         22.165.23

Date: 04/12/2018                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com